IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CR-22-00374-PRW-1 |
| ADONIS BATISTA, ) | |
| a/k/a A-1, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby enter our findings as to the defendant, **ADONIS BATISTA**.

**COUNT 1:** On Count 1—conspiracy to possess with intent to distribute, or to distribute, a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 846—we unanimously find the defendant, **ADONIS BATISTA**:

\_\_\_ Not Guilty        ✓ Guilty

_____           02/17/2023
JURY FOREPERSON                    DATE
MURALIDHARAN   JAYARAMAN

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CR-22-00374-PRW-1 |
| ADONIS BATISTA, ) | |
| a/k/a A-1, ) | |
| ) | |
| Defendant. ) | |

### **VERDICT FORM—SPECIAL INTERROGATORY**

  If you have found the defendant, Adonis Batista, guilty of Count 1, the offense of conspiracy with intent to distribute or to distribute methamphetamine, you must indicate the quantity or weight of controlled substances—and, specifically, methamphetamine—which you find beyond a reasonable doubt was involved in the conspiracy from and after the date that Mr. Batista became a member of the conspiracy. **If, however, you found Mr. Batista not guilty of Count 1, then do not complete the question on the following page.**

\* \* \*

Having found the defendant, Adonis Batista, guilty of Count 1, we the jury make the following finding about the quantity or weight of controlled substances—and, specifically, methamphetamine—that was involved in the conspiracy from the date that Mr. Batista became a member of the conspiracy and before July 25, 2022:

**QUESTION:** If you found Mr. Batista guilty of Count 1, what was the amount of methamphetamine involved in the overall scope of the conspiracy from the date that Mr. Batista became a member of the conspiracy and before July 25, 2022?

**ANSWER:**

____  500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers;

____  50 grams or more, but less than 500 grams, of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; or

__✓__  Less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

_____     02/17/2023
JURY FOREPERSON                                       DATE
MURALIDHARAN JAYARAMAN

3